# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MICHAEL CARTER, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED DEVELOPMENT FUNDING IV, HOLLIS M. GREENLAW, and CARA D. OBERT,<br><br>     Defendants. | Civil Action No. 3:15-cv-04030 |
| THE CHARLES G. and ROSE M. FAIRBANKS LIVING TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED DEVELOPMENT FUNDING IV, HOLLIS M. GREENLAW, and CARA D. OBERT,<br><br>     Defendants. | Civil Action No. 3:15-cv-04055 |
| JAMES AND JENNIFER ANDERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED DEVELOPMENT FUNDING IV, HOLLIS M. GREENLAW, and CARA D. OBERT,<br><br>     Defendants. | Civil Action No. 3:16-cv-00456 |

**ORDER CONSOLIDATING RELATED CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL**

Having considered the various motions for the consolidation of related actions and appointment of Lead Plaintiff and Lead and Liaison Counsel filed in the above-captioned actions, including Louis J. D'Annibale's Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Lead Counsel [Docket Entry #18], the Court **ORDERS** as follows:

1. The Motion is hereby **GRANTED**;

2. Pursuant to Federal Civil Procedure Rule 42(a), the above-captioned actions are hereby consolidated for all purposes into one action, as *In re United Development Funding IV Securities Litigation*, Master File No. 3:15-cv-4030-M.

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Louis J. D'Annibale as Lead Plaintiff to represent the interests of the putative Class.

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff has selected and retained the law firm of Glancy Prongay & Murray, LLP as Lead Counsel. The Court hereby approves Lead Plaintiff's selection of Lead Counsel.

5. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff has selected and retained the law firm of Kendall Law Group, PLLC as Liaison Counsel. The Court hereby approves Lead Plaintiff's selection of Liaison Counsel.

**SO ORDERED**.

March 14, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1