UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE UNITED DEVELOPMENT FUNDING IV SECURITIES LITIGATION | Master File No. 3:15-cv-4030-M |

**JOINT STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT AND RESPONSE THERETO**

Lead Plaintiff Louis J. D'Annibale ("Lead Plaintiff") and defendants United Development Funding IV, Hollis M. Greenlaw and Cara D. Obert ("Defendants"), by their respective counsel, hereby stipulate to set the following schedule in the above-captioned action.

WHEREAS, on December 21, 2015, Plaintiff Michael Carter filed a purported class action complaint asserting claims against Defendants pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on February 12, 2016, Plaintiff Michael Carter filed an amended complaint, asserting claims against Defendants pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, in addition to the *Carter* complaint, two related actions were filed in this District based on the same or similar allegations as the *Carter* complaint and naming the same defendants: (1) *The Charles G. and Rose M. Fairbanks Living Trust v. United Development Funding IV, et al.*, Case No. 15-cv-04055-M (filed December 23, 2015); and (2) *Anderson, et al. v. United Development Funding IV, et al.*, Case No. 16-cv-00456-M (filed January 7, 2016). (Collectively, the *Carter, Fairbanks Living Trust* and *Anderson* cases are referred to as the "Related Cases");

WHEREAS, on February 19, 2016, pursuant to the Private Securities Litigation Reform Act of 1995, Lead Plaintiff, Louis D'Annibale, filed a timely Motion for Consolidation of the Related Cases, Appointment As Lead Plaintiff and Approval of Counsel (the "Motion"); and

WHEREAS, on March 14, 2016 this Court consolidated the Related Cases, appointed Louis J. D'Annibale as Lead Plaintiff, and approved Lead Plaintiff's choice of counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Lead Plaintiff and the attorneys for Defendants, as follows:

1. No defendant shall be required to answer, move against or otherwise respond to the initial or amended complaints filed in the above-captioned action, except as set forth herein.

2. Lead Plaintiff shall file and serve a second amended class action complaint within sixty (60) days after entry of an order on this scheduling stipulation, which shall serve as the operative complaint in this action and shall supersede any other complaints filed in this action, and/or in any other action transferred to this Court as a related case;

3. Defendants shall have sixty (60) days following the filing of the second amended class action complaint to answer, move, or otherwise respond to that complaint;

4. In the event that Defendants respond to the second amended class action complaint by motion(s), Lead Plaintiff shall file with the Court any opposition to Defendants' motion(s) within forty five (45) days after the filing of any such motion(s);

5. Defendants shall file with the Court any reply brief(s) in support of Defendants' motion(s) within thirty (30) days after service of any opposition brief.

Dated:  April 4, 2016    Respectfully submitted,

Lead Plaintiff Louis J. D'Annibale


By:  /s/ Joe Kendall
    Joe Kendall
    Texas Bar No. 11260700
    jkendall@kendalllawgroup.com
    Jamie J. McKey
    Texas Bar No. 24025262
    jmckey@kendalllawgroup.com
    **KENDALL LAW GROUP PLLC**
    3232 McKinney, Ste 700
    Dallas, Texas 75204
    Telephone: (214) 744-3000
    Facsimile: (214) 744-3015
    *Liaison Counsel for Lead Plaintiff Louis J. D'Annibale*

    Lionel Z. Glancy
    Lesley Portnoy
    Email:  lportnoy@glancylaw.com
    **GLANCY PRONGAY & MURRAY LLP**
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
    Telephone:  (310) 201-9150
    Facsimile:   (310) 201-9160
    *Lead Counsel for Lead Plaintiff Louis J. D'Annibale*

UNITED DEVELOPMENT FUNDING IV

By:  /s/ Barrett R. Howell
    Barrett R. Howell
    Texas State Bar No. 24032311
    barrett.howell@klgates.com
    Brandon N. McCarthy
    Texas State Bar No. 24027486
    brandon.mccarthy@klgates.com
    **K&L GATES LLP**
    1717 Main Street, Suite 2800
    Dallas, Texas  75201
    Telephone: (214) 939-5500
    Facsimile: (214) 939-5849

    John W. Rotunno
    *Pro Hac Vice* forthcoming

  john.rotunno@klgates.com
  Paul J. Walsen
  *Pro Hac Vice* forthcoming
  paul.walsen@klgates.com
  Joseph C. Wylie
  *Pro Hac Vice* forthcoming
  joseph.wylie@klgates.com
  **K&L GATES LLP**
  70 West Madison Street, Suite 3100
  Chicago, Illinois  60602-4207
  Telephone: (312) 372-1121
  Facsimile: (312) 827-8000
  *Counsel for Defendant United Development Funding IV*

Defendant Hollis M. Greenlaw

By: /s/ Michael P. Gibson
  Michael P. Gibson
  Texas State Bar No. 7871500
  mgibson@bp-g.com
  **BURLESON, PATE & GIBSON, LLP**
  900 Jackson Street Suite 330
  Dallas, Texas 75202
  Telephone: (214) 871-4900
  Facsimile: (214) 871-7543
  *Counsel for Defendant Hollis M. Greenlaw*

Defendant Cora D. Obert

By: /s/ Weston C. Loegering
  Weston C. Loegering
  Texas State Bar No. 1281550
  wcloegering@jonesday.com
  Evan P. Singer
  Texas State Bar No. 24037501
  epsinger@jonesday.com
  **JONES DAY**
  2727 North Harwood Street
  Dallas, Texas 75201
  Telephone: (214) 969-5264
  Facsimile: (214) 969-5100
  *Counsel for Defendant Cora D. Obert*