UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re United Development Funding IV Securities Litigation | Master File Case No.: 3:15-cv-4030-M<br><br>(Consolidation of Civil Action Nos. 3:15-cv-04030-M, 3:15-cv-04055-M, and 3:16-cv-00456-M)<br><br>Honorable Barbara M.G. Lynn |
| MARK HAY and PAUL BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED DEVELOPMENT FUNDING IV, et al.,<br><br>Defendants. | Civil Action No.: 4:16-cv-00188-M |

**JOINT STATUS REPORT**

Lead Plaintiff Louis J. D'Annibale and Plaintiffs Mark Hay and Paul Brown (collectively, "Plaintiffs"), and Defendants United Development Funding IV ("UDF IV") and United Development Funding Income Fund V ("UDF V"), together with their affiliates, including UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., UDF Holdings, L.P., UDFH General Services, L.P., and UDFH Land Development, L.P., and certain current or former officers and/or trustees of UDF IV and/or UDF V, Steven J. Finkle, J. Heath Malone, Phillip K. Marshall, Hollis M. Greenlaw, Todd Etter, Cara D. Obert, David A. Hanson, Scot O'Brien, Brandon Jester, Michael K. Wilson, Ben L. Wissink, Eustace W. Mita and Melissa H. Youngblood, as well as Whitley Penn, LLP, AR Capital, LLC,

American Reality Capital Residential Advisors, LLC, Nicholas S. Schorsch, Edward M. Weil, William M. Kahane, Peter M. Budko, Brian S. Block, Centurion American Development Group and Mehrdad Moayedi, by and through their respective counsel, respectfully report as follows in response to the Court's Order of June 28, 2018 [Dkt. No. 68]:

1. On March 19, 2018, the Lead Plaintiff D'Annibale and Defendants Greenlaw and Obert notified the Court [Dkt. No. 64] that all parties to these now-consolidated proceedings had executed memoranda of understanding or other writings which, subject to the preparation of final settlement documentation and preliminary and final Court approval after notice to settlement class members, would fully resolve all claims asserted in these proceedings.

2. Since that date, the parties have exchanged successive drafts of their settlement including a Stipulation of Settlement, proposed Preliminary Approval Order, Internet Long Form Notice, Summary Notice, Postcard Notice, Claim Form, and proposed Final Judgment. In the course of the drafting process, the parties have encountered an unanticipated technical obstacle to the implementation of one of the elements of their proposed settlement. The affected parties have been working diligently to surmount or eliminate this obstacle in a mutually satisfactory manner. Although they have made significant progress, the affected parties have not yet resolved this issue. They expect to do so shortly, however, and when the remaining issue is resolved they will be in a position to submit the required documentation promptly.

3. Accordingly, the Parties respectfully report that they anticipate that they will be in a position within 30 days to submit documentation of their proposed settlement for the Court's consideration.

Dated: July 13, 2018

Respectfully submitted,

Lead Plaintiff Louis J. D'Annibale

By: *__/s/ Lionel Z. Glancy______*

Lionel Z. Glancy
lglancy@glancylaw.com
Leanne Heine Solish
lsolish@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Louis J. D'Annibale*

Avi Wagner
avi@thewagnerfirm.com
**THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967

*Additional Counsel for Lead Plaintiff Louis J. D'Annibale*

Joe Kendall
Texas State Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas State Bar No. 24025262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP PPLC**
3232 McKinney, Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Liason Counsel for Lead Plaintiff Louis J. D'Annibale*

Dated: July 13, 2018

Plaintiffs Mark Hay and Paul Brown

By: */s/ Alan L. Rosca*
Alan L. Rosca
arosca@roscalaw.com
**ROSCALAW, LLP**
23250 Chagrin Blvd, Suite 100
Beachwood, Ohio 44122
Telephone: (216) 242-6460
Facsimile: (888) 411-0038

Michael Yarnoff
myarnoff@kehoelawfirm.com
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza, Suite 1020
1500 JFK Boulevard
Philadelphia, Pennsylvania 19102
Telephone: (215) 792-6676

Richard A. Lewins
Texas State Bar No. 00794163
rlewins@lewinslaw.com
**LEWINS LAW**
7920 Belt Line Road, Suite 650
Dallas, Texas 75254
Telephone: (972) 934-1313
Facsimile: (972) 231-3983

*Counsel for Mark Hay and Paul Brown*

Dated: July 13, 2018

Defendants United Development Funding IV, United Development Funding V, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., UDF Holdings L.P., UDFH General Services, L.P., UDFH Land Development, L.P., Steven J. Finkle, J.Heath Malone, and Phillip K. Marshall

By: *\/s/ Paul J. Walsen*
Paul J. Walsen
paul.walsen@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

John R. Hardin
Texas State Bar No. 24012784
john.hardin@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5612
Facsimile: (214) 939-5849

*Counsel for Defendants United Development Funding IV, United Development Funding V, UMT Services, Inc., UMTH General Services, L.P., UMTH Land Development, L.P., UMT Holdings, L.P., UDF Holdings L.P., UDFH General Services, L.P., UDFH Land Development, L.P., Steven J. Finkle, J.Heath Malone, and Phillip K. Marshall*

Dated: July 13, 2018

Defendant Hollis M. Greenlaw

By: /s/ *Michael P. Gibson*
Michael P. Gibson
Texas State Bar No. 7871500
mgibson@bp-g.com
Camille M. Knight, Of Counsel
Texas State Bar No. 240271214
cknight@bp-g.com
**BURLESON, PATE & GIBSON, LLP**
900 Jackson Street Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543

*Counsel for Defendant Hollis M. Greenlaw*

Dated: July 13, 2018

Defendant Todd Etter

By: /s/ *Michael J. Uhl*
Michael J. Uhl
Texas State Bar No. 20371050
muhl@fhusulaw.com
**FITZPATRICK, JACKS, SMITH & UHL***
500 North Akard Street, Suite 2150
Dallas, Texas 75201
Telephone: (214) 237-0900
*Independent Law Offices

*Counsel for Defendant Todd Etter*

Dated: July 13, 2018

Defendant Cara D. Obert

By: /s/ *Evan P. Singer*
Evan P. Singer
Texas State Bar No. 24037501
epsinger@jonesday.com
Weston C. Loegering
Texas State Bar No. 1281550
wcloegering@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-5264
Facsimile: (214) 969-5100

*Counsel for Defendant Cara D. Obert*

Dated: July 13, 2018

Defendants Scot W. O'Brien and Eustace W. Mita

By: *_/s/ Stewart H. Thomas_*

Stewart H. Thomas
Texas State Bar No. 19868950
sthomas@hallettpenin.com
Tom M. Dees II
Texas State Bar No. 24034412
tdees@hallettperrin.cum
Elizabeth Fitch
Texas State Bar No. 24075777
efitch@hallettperrin.com
**HALLETT & PERRIN PC**
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: (214) 922-4114
Facsimile: (214) 922-4160

*Counsel for Defendants Scot W. O'Brien and Eustace W. Mita*

Dated: July 13, 2018

Defendant David A. Hanson

By: *_/s/ Arnold A. Spencer_*

Arnold A. Spencer
Texas State Bar No. 00791709
arnoldspencer75225@gmail.com
**SPENCER & ASSOCIATES**
201 Main Street, Suite 1440
Fort Worth, Texas 76102
Telephone: (214) 385-8500
Facsimile: (214) 572-9758

*Counsel for Defendant David A. Hanson*

Dated: July 13, 2018

Defendant Michael K. Wilson

By: *__/s/ Cliff Stricklin__*

Cliff Stricklin
cliff.stricklin@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln S eet, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

- and -

Andrew G. Spaniol
Texas State Bar No. 24063012
andrew.spaniol@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8052

*Counsel for Defendant Michael K. Wilson*

Dated: July 13, 2018

Defendant J. Brandon Jester

By: *__/s/ Jeffrey J. Ansley__*

Jeffrey J. Ansley
jansley@bellnunnally.com
**BELL, NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75202
Telephone: (214) 740-1400
Facsimile: (214) 740-1499

*Counsel for Defendant J. Brandon Jester*

Dated: July 13, 2018

Defendant Ben L. Wissink

By: *___/s/ Matthew G. Nielson___*

Matthew G. Nielson
Texas State Bar No. 2403279
mnielsen@stantonllp.com
**STANTON LLP**
1717 Main St, Suite 3800
Dallas, Texas 75201
Telephone: (214) 996-0209
Facsimile: (972) 692-6812

Jay DeWald
Texas State Bar No. 24001990
jdewald@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75201

*Counsel for Defendant Ben L. Wissink*

Dated: July 13, 2018

Defendant Melissa H. Youngblood

By: *___/s/ Gene Besen___*

Gene Besen
Texas State Bar No. 24039910
gbesen@grayreed.com
Angela L. Brown
Texas State Bar No. 24034533
abrown@grayreed.com
**GRAY REED & MCGRAW, P.C**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

*Counsel for Defendant Melissa H. Youngblood*

Dated: July 13, 2018

Defendants Nicholas S. Schorsch, William Kahane, Peter M. Budko, Edward M. Weil Jr., AR Capital, LLC, and American Realty Capital Residential Advisors, LLC

By: *<u>/s/ M. Scott Barnard</u>*

M. Scott Barnard
Texas State Bar No. 24001690
sbarnard@akingump.com
Michelle A. Reed
Texas State Bar No. 24041758
mreed@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel for Defendants Nicholas S. Schorsch, William Kahane, Peter M. Budko, Edward M. Weil Jr., AR Capital, LLC, and American Realty Capital Residential Advisors, LLC*

Dated: July 13, 2018

Defendant Brian S. Block

By: *___/s/ Michael V. Powell___*

Michael V. Powell
Texas State Bar No. 1620440
mpowell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8520
Telecopier: (214) 756-8520

Michael C. Miller
mmiller@steptoe.com
Michael G. Scavelli
mscavelli@steptoe.com
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900

Lara E. Romansic
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
lromansic@steptoe.com

*Counsel for Defendant Brian S. Block*

Dated: July 13, 2018

Defendant Whitley Penn

By: *___/s/ John C. Wander___*

John C. Wander
Texas State Bar No. 00791877
jwander@velaw.com
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7870
Facsimile: (214) 999-7878

*Counsel for Defendant Whitley Penn*

Dated: July 13, 2018

Defendant Centurion American Development Group

By: *\/s/ Brian K Norman*

Brian K. Norman
Texas State Bar No. 00797161
bkn@snlegal.com
C. Gregory Shamoun
Texas State Bar No. 18089650
g@snlegal.com
J. Blair Norris
Texas State Bar No. 24014515
bn@snlegal.com
**SHAMOUN & NORMAN LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033

*Counsel for Defendant Centurion American Development Group*