**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re United Development Funding IV Securities Litigation | Master File Case No.: 3:15-cv-4030-M<br><br>(Consolidation of Civil Action Nos. 3:15-cv-04030-M, 3:15-cv-04055-M, and 3:16-cv-00456-M)<br><br>Honorable Barbara M.G. Lynn |
| MARK HAY and PAUL BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED DEVELOPMENT FUNDING IV, et al.,<br><br>Defendants. | Civil Action No.: 4:16-cv-00188-M |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiffs Louis J. D'Annibale and Plaintiffs Mark Hay and Paul Brown submit, pursuant to Rule 7.1(i) of the Local Rules for the Northern District of Texas, this appendix in support of Lead Plaintiffs' unopposed motion for preliminary approval of class action settlement.

Dated: August 23, 2018

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lionel Z. Glancy*

Lionel Z. Glancy
lglancy@glancylaw.com
Leanne Heine Solish
lsolish@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Louis J. D'Annibale*

Avi Wagner
avi@thewagnerfirm.com
**THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967

*Additional Counsel for Lead Plaintiff Louis J. D'Annibale*

Joe Kendall
Texas State Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas State Bar No. 24025262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP PPLC**
3232 McKinney, Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Liason Counsel for Lead Plaintiff Louis J. D'Annibale*

Alan L. Rosca
arosca@roscalaw.com
**ROSCALAW, LLP**
23250 Chagrin Blvd, Suite 100
Beachwood, Ohio 44122
Telephone: (216) 242-6460
Facsimile: (888) 411-0038

Michael Yarnoff
myarnoff@kehoelawfirm.com
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza, Suite 1020
1500 JFK Boulevard
Philadelphia, Pennsylvania 19102
Telephone: (215) 792-6676

Richard A. Lewins
Texas State Bar No. 00794163
rlewins@lewinslaw.com
**LEWINS LAW**
7920 Belt Line Road, Suite 650
Dallas, Texas 75254
Telephone: (972) 934-1313
Facsimile: (972) 231-3983

*Counsel for Mark Hay and Paul Brown*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

## INDEX TO APPENDIX


| **Exhibit** | **Document** | **Page No.** |
|---|---|---|
| 1 | Declaration of Lionel Z. Glancy | 1-2 |
| **STIPULATION OF SETTLEMENT AND ACCOMPANYING EXHIBITS** | | |
| 2 | Stipulation and Agreement of Settlement dated August 13, 2018 | |
| Ex. A to Ex. 2 | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice | |
| Ex. A-1 to Ex. 2 | Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses | |
| Ex. A-2 to Ex. 2 | Proof of Claim Form and Release | |
| Ex. A-3 to Ex. 2 | Summary Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses | |
| Ex. A-4 to Ex. 2 | Postcard Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses | |
| Ex. B to Ex. 2 | Judgment Approving Class Action Settlement | |
| **OTHER** | | |
| 3 | Cornerstone Research, Securities Class Action Settlement 2017 Review and Analysis | |